**IT IS ORDERED**

**Date Entered on Docket: January 14, 2021**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In Re:

Mercedes Marie Harris-Green
*aka* Mercedes Harris
 and Tiffany Amber Green,

                    Debtors.

Case No. 20-10421-t7
Chapter 7

## STIPULATED ORDER ALLOWING LOSS MITIGATION NEGOTIATIONS IN ORDER TO RESOLVE MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS MATTER** came before the Court on the Motion for Relief from Stay filed by

Idaho Housing and Finance Association, its successors and assigns ("Creditor") filed on

1

September 18, 2020 (Docket No.: 34) on the Debtor's real property described as 651 Rembert Trail SW, Albuquerque, NM 87121 (the "Property"). Creditor, by its counsel, Mercedes Marie Harris-Green and Tiffany Amber Green ("Debtors"), by and through their attorney, Mark Daniel John Regazzi (the "Parties"), agree and stipulate as follows:

IT IS THEREFORE AGREED that the automatic stay of §362 of the U.S. Bankruptcy Code, presently in effect in this case be, and hereby is, continued with full force and effect with respect to, all rights of Creditor with respect to the subject Property, except as provided below:

1.      Debtors have entered into a Trial Period Plan Modification Agreement with Creditor. The Debtors' Trial Period Payment being scheduled from January 1, 2021 to March 1, 2021. Creditor may contact the Debtors via telephone or written correspondence in negotiation of a modification of the relevant mortgage.

2.      In the event a permanent modification is entered into between Debtors and Creditor, Debtors shall be allowed to pay the regular mortgage payments directly to Creditor.

3.      In the event Debtors fails to successfully complete the trial modification, or, if a permanent modification is not entered or denied between Debtors and Creditor, Movant may submit a declaration and order for full relief without any further notice or hearing.

4.      In the event that the automatic stay of 11 U.S.C. §362 is terminated under the provisions of this Order, Creditor, and/or its successors and assigns, at its option, is free to exercise any rights it may have to enforce its security interest in the Property pursuant to applicable non-bankruptcy law and shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the Property.

**### END OF ORDER ###**

Submitted by:

WEINSTEIN & RILEY, P.S.

/s/ Elizabeth V. Friedenstein
Elizabeth V. Friedenstein
2501 San Pedro Drive NE, Bldg. A, Suite 102
Albuquerque, NM  87110
Direct: (505) 348-3075
Fax: 505-214-5116
ElizabethF@w-legal.com
Attorney for Creditor

Approved:

/s/ Mark Daniel John Regazzi
Mark Daniel John Regazzi
2501 Yale Blvd. SE, Suite 203
Albuquerque, NM 87106
505-265-1000
Email: mark@regazzilaw.com
Attorney for Debtor

Copies to:

*Debtors***:**
Mercedes Marie Harris-Green
Tiffany Amber Green
651 Rembert Trl SW
Albuquerque, NM 87121

*Junior Lienholder***:**
NM Mortgage Finance Authority
344 4th Street SW
Albuquerque, NM 87102

**Trustee:**
Yvette J. Gonzales
PO Box 1037
Placitas, NM  87043-1037

3